[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1205

ANA MARIA CAMACHO,

Plaintiff, Appellant,

v.

FONDO DEL SEGURO DEL ESTADO, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

[Hon. Juan M. Perez-Gimenez, U.S. District Judge]



Before

Selya, Boudin and Stahl,
Circuit Judges.



Miguel E. Miranda on brief for appellant.
Zaida Prieto-Rivera on brief for appellee Fondo Del Seguro Del
Estado.



July 7, 1997


Per  Curiam.   As  appellant did not file a motion under Fed.

R. Civ. P. 50 before the district court, and as she has not

provided us with transcripts of the jury trial, we are unable

to review her contention that the evidence was such that the

jury's  verdict should be set aside. See Hammond v. T.J. Litle

& Co., 82 F.3d 1166, 1171 (1st Cir. 1996); Muniz Ramirez v.

Puerto  Rico  Fire  Services, 757 F.2d 1357, 1358 (1st Cir. 1985).

Moreover, our review of the documents included in appellant's

appendix suggests that the jury may have resolved conflicting

evidence about defendants' conduct or other elements of the

claim; in no event would we second-guess the jury's

determination of the weight and credibility due that evidence.

Affirmed. See 1st Cir. Loc. R. 27.1.

-2-